PAMELA L. MCGAHA
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    GRANITE STATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| JOHN F. MORELLI,<br><br>    Plaintiff,<br><br>vs.<br><br>GRANITE STATE INSURANCE COMPANY, a Foreign Corporation: DOES 1 though 10, ROE ENTITIES 11 through 20, inclusive jointly and severally,,<br><br>    Defendants. | CASE NO: :13-cv-2193-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among Plaintiff JOHN F. MORELLI and Defendant GRANITE STATE INSURANCE COMPANY by and through their respective counsel of record, that all of the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED this 18 day of FEB., 2014.           DATED this 26 day of February, 2014.

RICHARD HARRIS LAW OFFICES                  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____               By: _____
Kyle A. Stucki, Esq.                        PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 12646                        Nevada Bar No. 008181
801 S. 4th Street                           6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89118
*Attorney for Plaintiff*                    Attorneys for Defendant
*John Morelli*                              Granite State Insurance Company

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-3596-0344.1

## ORDER

**IT IS SO ORDERED** this 28th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court